AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HENRY J. DOVER,

    Plaintiff,

                    V.

CHARLES WILCOX, Warden,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV415-129

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 11, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED with prejudice and stands CLOSED.

January 11, 2016
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/1/03